IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENDON HASARA,** | : | |
| Plaintiff | : | |
| | : | No. 1:22-cv-1149 |
| v. | : | |
| | : | (Judge Rambo) |
| **KIM BUCHANNON,** *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 4th day of January 2023, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' unopposed motion to dismiss (Doc. No. 12) is **GRANTED**;

2. Plaintiff Brendon Hasara's complaint (Doc. No. 2) is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted;

3. Hasara, if desired, may file an amended complaint in accordance with the accompanying Memorandum within 21 days of the date of this Order; and

4. If no amended complaint is timely filed, the Court will CLOSE this case.

s/ Sylvia H. Rambo
United States District Judge